# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

MICHAEL J. WINFIELD,
Petitioner,

v.

Warden Vareen, Warden, F.C.I
Yazoo City

Case Number: 3:21cv251 TSL-RPM

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 13 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

## Motion For And In Support Of An Injunctive Relief For Adequate PPE

Now Comes Michael J. Winfield, in pro se, before this Honorable Court, and hereby Petitions this Court to hear his Motion for Injunctive Relief for Adequate PPE, which is now jeopardizing his health and safety, and hereby presents the following in support thereof:

## Factual Content & Background

On March 14, 2020, F.C.I Warden, Warden Vareen, placed the Yazoo City F.C.I. Medium on lockdown. The Warden instructed us that, we were going to be on lockdown due to a positive Covid-19 test, from one of the staff members, who worked in the Unicore factory. Several Unicore Inmate Workers also tested positive.

A few weeks after the March lockdown we were issued

very thin Disposable Masks. When Inmates complained that the Masks were the least protective PPE, the staff issued cloth masks, that were slipshod and hastily made by Inmate Unicore Workers. Although myself and other inmates complained that, in accordance with the CDC guidelines and ratings the poor quality cloth masks we not adequate protection, the staff ignored the plea for adequate PPE.

In the Fall months of September and October the Institution re-initiated a Controlled Visitation, which included several requirements for both the Visitors and the Inmates, in order to ensure both were protected from CoVID-19 transmission.

A few weeks after visitation was initiated, several inmates began to test positive for the CoVID-19 virus. There was a CoVID-19 outbreak, which infected and spread to several (100s) of the Inmate population. Which Staff blamed on the visiting perso The Staff again suspended visitation; put the Inmate population back on Stage One lockdown; and the Warden addresse the Inmate population by Memo of the CoVID-19 outbreak.

The Warden and his staff never issued better protective Facemasks, although many inmates have complained. My own mask fits improperly doesn't stay on my face, does not seal on the outer borders due to its poor workmanship. Like many other Inmates I looked at while wearing their masks.

## Argument

In accordance with the Federal Bureau of Prisons Policy P.S. 5270.09 Appendix C(4) indicates in part, inmates "have the Right to adequate health care", and in accordance with the Policy Statement(s) governing "Infectious Airborn Viruses," The Institution is Responsible, for providing Inmates with adequate Protection, from the contagious spread of Airborn Infectious Disease.

Along with the Code of Federal Regulation Requirements, and in addition to the CDC requirements/promulgations governing the wearing of Adequate PPE Facemask, This Institution is purposely putting myself as well as the entire Inmate Population in Harms Way.

This in effect violates the prohibitions of the 8th Amendment Cruel & Unusual Punishment.

It has been recognized by several Health & Safety Organizations that due to the closed confine Conditions of Jails and Prisons the Contagion Factor(s) for Covid is increased greatly, and the likelyhood of outbreak is several percent times higher, than in the normal Society. Prison forces one in unavoidable situation of Close Contact and Spreadable Risk. Due to shared telephones, computer terminals, Water and Ice Dispensors, and Showers, shared ventilation(etc...).

Therefore, there is no adequate reason for this Federal Correctional Institution not to provide me with the Proper PPE.

(3.)

Having inadequate PPE facemasks only adds to the "1 in 5 four times likely" risk factors of COVID-19 infection. Coupling this with the fact that, Yazoo City F.C.I (Medium) medical facility, is in the Lowest Health Care Level designations - define as ill-equipped to handle the high level care associated with COVID-19 intensive treatment requirement, and finally that, the State of Mississippi is in a crisis state with limited and over-capacitated Hospital space. This Federal Correctional Facility is depriving me and other inmates of a safe and healthy environment/condition.

"If a prisoner's Eighth Amendment claim arises in the context of medical care" or (safe prison conditions associated with health and wellbeing) "the prisoner must allege and prove 'acts or omissions sufficiently harmful to evidence deliberate indifference" Estelle, 429 U.S. at 1106

"If a prisoner establishes a serious... need he then must show that officials responded to the need with deliberate indifference." Farmer v. Brennan 511 U.S. 825, 834, 114 S.Ct. 1979, 128 L.Ed. 2d 811 (1994)

### Administrative Remedy Exhaustion Requirement

Petitioner is a laymen of law, and does not know the exact supportive Case Law explanation, to give. In support of his plea that, because the B.O.P's administrative remedy system will take several months to complete. In order to maybe receive relief on getting adequate PPE face masks, which would require the 2-month in-house Remedy procedure that, has Informally been denied by this Administration, then another 2-months Regional Appeal, then another 2-months Central Office Appeal. Petitioner stresses and Pleads this Honorable Court

to act on his and the other 1200 or so inmates behalf. By at least sending the appropriate professional to examine the PPE mask being provided and utilized at this facility, for Inmate protection. Airborn Infectious Disease outbreaks at this Institution could very likely affect the immediate Yazoo City Community, and a larger populus if not contained and controlled properly.

## Relief Requested

Therefore, I am praying that, this Honorable Court will provide me with relief in the form of an Interlocutory Injunction, and call for an examination of the PPE masks that are being provided here at F.C.I Yazoo City Medium, and so ordering require that myself and the 1200 or so Inmate population be provided adequate PPE masks, and finally that, I and other inmates not be required to forego to now long Administrative Remedy process, which will subject us to months more of endangerment, deprivation, and health threatening conditio

Respectfully Submitted this 8th day of March 2021
by,

M.G. Winfield
Michael J. Winfield
Reg. No. 47474-019

(5)