```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       NORTHERN DIVISION
```

**MICHAEL J. WINFIELD, # 47474-019**                                    **PLAINTIFF**

**VERSUS**                                                **CAUSE NO. 3:21cv251-TSL-RPM**

**WARDEN VAREEN**                                                        **DEFENDANT**

### FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 28th day of July, 2021.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE